[No. 850-2. Division Two. October 12, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES E. SADDLER, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. C-4006, Robert J. Doran, J., entered July 24, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1116-2. Division Two. October 12, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH JEFFERSON, III, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 59532, Jay W. Hamilton, J., entered November 27, 1972. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 1690-1. Division One. October 15, 1973.]

PATRICK J. BRAZIL *et al., Respondents,* v. PETER S. SOBICH *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 729597, Solie M. Ringold, J., entered May 5, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Farris, J.

[No. 1721-1. Division One. October 15, 1973.]

ALMA H. McDONALD, *Appellant,* v. SPARLING CADILLAC CO., *Defendant,* GENERAL MOTORS CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 741519, Robert M. Elston, J., entered May 12, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and James, J.